**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MUHAMMAD HASSAN IQBAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC; and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Civil Action No.: 1:25-cv-11034<br><br>Judge Sunil R. Harjani |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Vincent Dumas and substitute Laura G. Brys and Richard A. Sillett of the law firm Goodwin Procter LLP as counsel for Experian in this action. In support, Experian states as follows:

1. On December 9, 2025, Vincent Dumas of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On May 29, 2026, Laura G. Brys and Richard A. Sillett, of the law firm Goodwin Procter LLP entered an appearance and motion for leave to appear *pro hac vice* in this matter. Their contact information is as follows:

   a. Laura G. Brys, 601 S. Figueroa St., Suite 4100, Los Angeles, CA 90017, lbrys@goodwinlaw.com, (213) 426-2584; and

    b.  Richard A. Sillett, 1900 N. Street, N.W., Washington, D.C., 20036, RSillett@goodwinlaw.com, (202) 346-4162.

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Vincent Dumas will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Vincent Dumas and substituting Laura G. Brys and Richard A. Sillett as counsel for Experian in this matter.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Vincent Dumas*
JONES DAY
Vincent Dumas (Bar #6354598)
vdumas@jonesday.com
110 N Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  +1.312.269.4104

Laura G. Brys (Bar #242100)
Goodwin Procter LLP
601 S Figueroa St., Suite 4100
Los Angeles, CA 90017
LBrys@goodwinlaw.com
Telephone:  213-426-2500

Richard A. Sillett (*pro hac vice pending*)
Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036-1612
RSillett@goodwinlaw.com
Telephone: 202-346-4162

*Attorneys for Defendant Experian*
*Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record

in this case.

/s/ *Vincent Dumas*
Vincent Dumas

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*