**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Muhammad Hassan Iqbal

               Plaintiff,

v.                                         Case No.: 1:25–cv–11034

                                         Honorable Sunil R. Harjani

Trans Union, LLC, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 1, 2026:

     MINUTE entry before the Honorable Sunil R. Harjani: MOTION by Defendant Experian Information Solutions, Inc. to substitute attorney [62] is granted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.